SAM HORNREICH, Appellant, *v.* MAY HORNREICH, Respondent.

Argued March 11, 1942; decided April 23, 1942.

*Harry Berger, Samuel Binder* and *Reuben L. Haskell* for appellant.
*M. Allen Cutler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.